# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. <u>22-CR-1125-AJB</u> |
| Plaintiff, | ) | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | ) | |
| JORGE HUMBERTO LUNA, | ) | |
| Defendant. | ) | The Honorable Anthony J. Battaglia |

The United States of America's Motion to Dismiss the Information (ECF No. 14), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

**It Is So Ordered.**

Dated: July 15, 2022

Hon. Anthony J. Battaglia
United States District Judge